NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**BMW OF NORTH AMERICA, LLC,**
*Appellant*

**v.**

**CARRUM TECHNOLOGIES, LLC,**
*Appellee*

———————————

2021-1435

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00903.

———————————

**JUDGMENT**

———————————

LIONEL M. LAVENUE, Finnegan Henderson Farabow Garrett & Dunner LLP, Reston, VA, argued for appellant. Also represented by CORY C. BELL, Boston, MA; RYAN VALENTINE MCDONNELL, JOSEPH M. MYLES, Washington, DC.

ANDREW BAAK, Bartlit Beck Herman Palenchar & Scott LLP, Denver, CO, argued for appellee.  Also represented by JOHN HUGHES, JASON C. MURRAY; KATHERINE E. RHOADES,

Chicago, IL; SARAH ELIZABETH SPIRES, Skiermont Derby LLP, Dallas, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2022          /s/ Peter R. Marksteiner
         Date             Peter R. Marksteiner
                          Clerk of Court